LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com
       drev@lawyersforcleanwater.com

CENTER ON RACE, POVERTY AND THE ENVIRONMENT
Brent Newell (Bar No. 210312)
450 Geary Street, Suite 500
San Francisco, CA 94102
Telephone: (415) 346-4179
Facsimile: (415) 346-8723
Email: bjnewell@igc.org

Attorneys for Plaintiffs
DELTAKEEPER CHAPTER OF BAYKEEPER,
MOTHER LODE CHAPTER OF SIERRA CLUB,
and WATERKEEPER ALLIANCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAKEEPER CHAPTER OF BAYKEEPER, a California non-profit corporation, MOTHER LODE CHAPTER OF SIERRA CLUB, a California non-profit corporation, and WATERKEEPER ALLIANCE, INC., a New York not-for-profit corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>S & H DAIRY, a California general partnership, RONALD HILARIDES, an individual, PETER SCHAAFSMA, an individual,<br><br>      Defendants. | Case No.: 1:06-cv-00837-OWW-DLB<br><br>**ORDER RELATING CASES**<br><br>Honorable Oliver W. Wanger<br><br>(Local Rule 83-123) |

1  WHEREAS, on June 30, 2006, Plaintiffs filed *Deltakeeper Chapter of Baykeeper et al v. S & H*
2  *Dairy et al.,* Case No. 1:06-cv-00837-OWW-DLB ("S & H Action") and two other cases in the United
3  States District Court for the Eastern District of California: *Deltakeeper Chapter of Baykeeper et al. v.*
4  *Silva Brothers Dairy Inc. et al.,* Case No. 2:06-cv-01452-DFL-DAD ("Silva Action") and *Deltakeeper*
5  *Chapter of Baykeeper et al. v. Brasil & Sons Dairy, Inc. et al.,* Case No. 2:06-cv-01464-DFL-GGH
6  ("Brasil Action").

7  WHEREAS, Local Rule 83-123(a) provides that an action is related to another action if the two
8  actions (1) involve the same parties and are based on the same or similar claim; (2) involve the same
9  property, transaction or event; (3) involve similar questions of fact and the same question of law and
10 their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of
11 judicial effort, either because the same result should follow in both actions or otherwise; or when (4) for
12 any other reasons, it would entail substantial duplication of labor if the actions were heard by different
13 Judges or Magistrate Judges.

14 WHEREAS, on July 6, 2006, pursuant to Local Rule 83-123(b), Plaintiffs filed a Notice of
15 Related Case in the Brasil Action, the Silva Action, and the S & H Action. In the Notices of Related
16 Case, Plaintiffs stated that the factors identified in Local Rule 83-123(a)(3) were met because (a) each
17 of the cases presents identical questions of law, namely whether the defendants in each case have
18 violated sections 301 and 402 of the Federal Water Pollution Control Act ("Clean Water Act"), 33
19 U.S.C. §§ 1311 and 1342, (b) the cases raise similar questions of fact regarding the operation of
20 concentrated animal feeding operations ("CAFO") and the efforts made by the respective defendants to
21 operate their CAFOs in compliance with the Clean Water Act, and (c) relating the cases would result in
22 a substantial saving of judicial effort since a single judge would be called upon to interpret the same
23 sections of the Clean Water Act and evaluate similar questions of fact.

24 WHEREAS, on November 2, 2006, the parties and the Court conducted the Case Management
25 Conference in the S & H Action. The Court and the parties discussed relating the Silva Action and the
26 Brasil Action to the S & H Action which has the lower case number of the three actions. The parties
27 have no objection to the cases being related.
28 / / /

PDF created with pdfFactory trial version www.pdffactory.com

1  THEREFORE, the Brasil Action and the Silva Action shall be related to the S & H Action.  The

2 related cases shall have the following case numbers:

3  *Deltakeeper Chapter of Baykeeper et al. v. Silva Brothers Dairy Inc. et al.,*
   Case No. 2:06-cv-01452-OWW (DLB)
4

5  *Deltakeeper Chapter of Baykeeper et al. v. Brasil & Sons Dairy, Inc. et al.,*
   Case No. 2:06-cv-01464-OWW (DLB)

6

7 IT IS SO ORDERED:

8

9 DATE:   December 5, 2006                    /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger
10                                            United States District Court

PDF created with pdfFactory trial version www.pdffactory.com